COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00693-CV |
| Style: | Giovanny F. Laguan and Marina Del T. Martinez v. Hilary J. Lloyd and Kimberly A. Lloyd |
| Date motion filed[*]: | December 11, 2014 |
| Type of motion: | Motion for Extension of Time to File Clerk's and Reporter's Records |
| Party filing motion: | *Pro Se* Appellant Giovanny F. Laguan |
| Document to be filed: | Clerk's and Reporter's Records |

Is appeal accelerated?    No

If motion to extend time:

| | |
|---|---|
| Original due date: | December 11, 2014 |
| Number of extensions granted: | 0    Current Due date: December 11, 2014 |
| Date Requested: | March 16, 2015 |

Ordered that motion is:

☐ Granted in part

☐ Denied

☒ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: _____

Appellant's *pro se* motion for a 90-day extension of time to file the clerk's and reporter's records, because they are not ready to be filed, is dismissed because the trial clerk and reporter are responsible for filing them, provided appellant has first requested and paid for them. *See* TEX. R. APP. P. 35.3(a)(2), (b). The Clerk of this Court sent appellants a notice on December 16, 2014, that this appeal is subject to dismissal unless appellants pay the clerk's record fee by January 15, 2015. Also, though this Court referred the parties to mediation on September 9, 2014, no objections or other required notifications were timely filed. Accordingly, the parties are **ordered to file a response to the mediation order by January 15, 2015**.

Judge's signature: /s/ Laura Carter Higley
                              ☒ Acting individually
Date: December 18, 2014

November 7, 2008 Revision